# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA L. TRESSLAR,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>THE NORTHAMPTON COUNTY COURT<br>OF COMMON PLEAS, *et al.*,<br>　　　　　Defendants. | :<br>:<br>:<br>:　Civil No. 5:24-cv-01435-JMG<br>:<br>:<br>:<br>: |

# ORDER

**AND NOW**, this 6th day of August 2024, upon consideration of Defendant Northampton County, Pennsylvania's Motion to Dismiss (ECF No. 26) and Plaintiff's Notice of Voluntary Dismissal as to Defendant Northampton County, Pennsylvania (ECF No. 27), **IT IS HEREBY ORDERED** the Motion is **DENIED as moot.**

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　*/s/ John M. Gallagher*
　　　　　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　　　　　United States District Court Judge