IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA L. TRESSLAR**, | : |
| Plaintiff, | : |
| | : |
| v. | : Civil No. 5:24-cv-01435-JMG |
| | : |
| **THE NORTHAMPTON COUNTY COURT OF COMMON PLEAS**, *et al.*, | : |
| | : |
| Defendants. | : |

**ORDER**

**AND NOW**, this 18th day of October, 2024, upon consideration of Defendants' Motion to Dismiss (ECF No. 29) and Plaintiff's Response in Opposition to Defendants' Motion to Dismiss (ECF No. 34), **IT IS HEREBY ORDERED**:

1. Defendants' Motion to Dismiss (ECF No. 29) is **GRANTED IN PART** and **DENIED IN PART.**

    a. The Motion (ECF No. 29) is **GRANTED** as to Count I, and Count I is **DISMISSED** without prejudice.

    b. The Motion (ECF No. 29) is **DENIED** as to Count II.

    c. The Motion (ECF No. 29) is **GRANTED IN PART** and **DENIED IN PART** as to Count III. Count III is **DISMISSED** without prejudice as to Defendants Roscioli and Sletvold. Count III **REMAINS** against Defendants Greene and Dally.

    d.  The Motion (ECF No. 29) is **GRANTED** as to Count IV, and Count IV is **DISMISSED** without prejudice.

                                                                              BY THE COURT:

                                                      */s/ John M. Gallagher*
                                                      JOHN M. GALLAGHER
                                                      United States District Court Judge