IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

**LISA L. TRESSLAR**  :
Plaintiff,  :
 :
v.  :  Civil No. 5:24-cv-01435-JMG
 :
**THE NORTHAMPTON COUNTY**  :
**COURT OF COMMON PLEAS**, *et al.*,  :
Defendants.  :
_____  :

December 17, 2024

<u>Via ECF</u>
The Honorable John Gallagher
United States District M. Court
Eastern District of Pennsylvania
504 Hamilton Street
Allentown, PA 18101

  Re: <u>Lisa Tresslar v. The Northampton County Court of Common Pleas, *et al.*</u>
    <u>Civil No. 5:24-cv-01435-JMG</u>

Dear Judge Gallagher:

  Pursuant to the Court's Revised Scheduling Order issued on November 25, 2024, Counsel jointly submit the following Status Report regarding deposition scheduling in this matter.

  <u>By Plaintiff:</u>

  On December 6, 2024, Counsel conferred on the matter of early deposition scheduling. Plaintiff's counsel proposed six dates in February 2025 for the depositions of Defendant Greene, Defendant Dally, Judge Roscioli, Judge Sletvold and Plaintiff. On December 17, 2024, Defendants' counsel provided availability beyond the dates and general timeframe proposed by Plaintiff's counsel. As such, a schedule has not been developed at this time. Plaintiff's counsel has identified additional witnesses reserving the right to schedule additional depositions within the discovery period.

  <u>By Defendant:</u>

  At this time, Defendants counsel provided initial deposition dates for Defendant Green, Judge Roscioli, and Judge Sletvold in mid-February, all within a week of Plaintiff's originally

proposed dates in February with alternatives in March, as well as dates for Judge Panella in March.

Defendants have also provided a Notice of Deposition for Plaintiff's deposition, to take place on February 13, 2025, a date proposed by Plaintiff's counsel. Defendants' counsel will provide additional dates for witnesses as they become available.

| /s/ Margaret King, Esq. | /s/ Jennifer L. Hope |
|---|---|
| Name: Margaret King | Name: Jennifer L. Hope |
| Counsel For: Plaintiff | Counsel For: Defendants |
| Law Firm Name: The Gold Law Firm, P.C. | Law Firm Name: Administrative Office of Pennsylvania Courts |
| Address: 1835 Market Street Suite 515 Philadelphia, PA 19103 | Address: 1515 Market Street Suite 1414 Philadelphia, PA 19102 |
| Telephone: 215-569-1999 | Telephone: 215-560-6326 |
| E-Mail: Mking@discrimlaw.net | E-Mail: Jennifer.Hope@pacourts.us |
| Date: December 17, 2024 | Date: December 17, 2024 |