IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA L. TRESSLAR** : | |
|     Plaintiff, : | |
| : | |
| v. : | Civil No. 5:24-cv-01435-JMG |
| : | |
| **J. JERMAINE GREENE, SR.,** *et al.*, : | |
|     Defendants. : | |

**ORDER**

**AND NOW**, this 2nd day of February, 2026, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 95), Defendants' Appendix (ECF No. 96), Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment (ECF No. 100), Plaintiff's Appendix (ECF No. 101), Defendants' Reply Brief in Support of Their Motion for Summary Judgment (ECF No. 109), Plaintiff's Sur-Reply in Further Opposition to Defendants' Motion for Summary Judgment (ECF No. 113), Plaintiff's Letter Dated December 15, 2025 (ECF No. 123), Defendants' Letter Dated December 29, 2025 (ECF No. 126), and the arguments set forth by the Parties during Oral Argument on December 17, 2025,

**IT IS HEREBY ORDERED** that Defendants' Motion (ECF No. 95) is **GRANTED** and all claims asserted in this action are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge